OPINION — AG — ** TEACHERS — CERTIFIED — COMPENSATION ** WITHOUT EXPRESS STATUTORY AUTHORIZATION, THE CERTIFIED TEACHERS EMPLOYED BY THE DEPARTMENT OF CORRECTIONS ARE `NOT' ELIGIBLE FOR THE EQUIVALENT OF THE "TEACHER CONSULTANT STIPEND" AND "STAFF DEVELOPMENT COMPENSATION" APPROPRIATED TO THE DEPARTMENT OF EDUCATION UNDER 74 O.S. 24 [74-24], 74 O.S. 22 [74-22] (DEPARTMENT OF EDUCATION, QUALIFICATION, TEACHERS, ELIGIBILITY, EMPLOYED) CITE: 70 O.S. 1-108 [70-1-108], 70 O.S. 6-158 [70-6-158], 70 O.S. 6-152 [70-6-152](9), 74 O.S. 840.17 [74-840.17], 74 O.S. 285 [74-285], 74 O.S. 285 [74-285], 74 O.S. 840.8 [74-840.8] (PATRICIA M. GERRITY)